UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA VARELA AND GREGG LAMBDIN, *on behalf of themselves and all other employees similarly situated,*<br><br>                              *Plaintiffs,*<br><br>v.<br><br>NORTH SHORE-LONG ISLAND JEWISH HEALTH SYSTEM, NORTH SHORE-LONG ISLAND JEWISH HEALTH CARE, INC., NORTH SHORE-LONG ISLAND JEWISH MEDICAL CARE CENTERS, INC., FOREST HILLS HOSPITAL, FRANKLIN HOSPITAL, GLEN COVE HOSPITAL – THE MILDRED AND FRANK FEINBERG CAMPUS, HUNTINGTON HOSPITAL, LONG ISLAND JEWISH MEDICAL CENTER, NORTH SHORE UNIVERSITY HOSPITAL, PLAINVIEW HOSPITAL, SCHNEIDER CHILDREN'S HOSPITAL, SOUTHSIDE HOSPITAL, STATEN ISLAND UNIVERSITY HOSPITAL, SYOSSET HOSPITAL, MICHAEL J. DOWLING, AND JOSEPH CABRAL,<br><br>                              *Defendants.* | Civil Action No.<br>10-CV-1341 |

## CONSENT TO OPT-IN AS A PARTY PLAINTIFF

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file the following Consents to Become a Party Plaintiff signed by: ELIZABETH ADINOLFI, MILADIS BALDANZA, SASHI BANGALAORE, JEANETTE BARTH, INDIRA BASHIA, PAULA BATTISTA, SYLVIA BAUCCIO, CHRISTINE BELROSE, DYLWATIE BHARAT, KEVIN BLACK, PATRICIA PENA-BLACKWELL, ANNMARIE BANUSHI, DEBORAH BARTON, YRENA CAROLSON, CONSUELO CANNON, NANCY CARBONE, TARA

CARUSO, JESSICA CATAPANO, NANCY CECERE, CAROLE CECCHINO-GEIGER, CAMELLE CHARLES, DONNA CLARKE, VIRGINIA CONTE, NORA COSTIGAN, ANNA COTTONE, RENEE DALY, JULIA DEGIAIMO-JUHL, MARIE DEMARCO, LISA DIAZ, DIANE DRAZECK, BEVERLY ELLIOTT, MARY FEIDNER, ANN FERRAN, BARBARA FEVELO, KELLY FIELD, LYNN FISHER, MICHAEL FITZPATRICK, IRENE FOLK, JEANNE FOX, LAURA FROST, BRENDA GAINES, JOANNE GENTILE, LISA GILLARD, MICHELLE GOLDFARB, DEBORAH GORDON, JACQUELINE GRANT, GERALDINE GUERRIER, MARGARET HALL, CAROLE HATTAN, KELLY-ANN HENRY, VANESSA HILL, ARACELIS HORAN, DEBRA IGNATIUS-BONALDE, GIANNA JENSEN, LINDSEY JONES, REGINA JONES, LAURIE KAROL, CARMEN KIRALY, LAURA LABELLA, MARYANNE LAFFIN, GREGG LAMBDIN, MARGARET LARSTANNA, MARY LAVELLE, MARGARET LEAHY, JAMES LINDBERG, KATHLEEN LUCKE, DENNIS LUNDY, CAROL LYONS, KATHERINE LYONS, MARYANN MAGLIANO, TARA MAHONEY, ERIN MORTENSEN, CAROL MARANO, MICHELE MARATEA, MARGARET MCDONALD, MAUREEN MCGINLEY-O'NEILL, TRACEY MCKENZIE, LORI MCLAUGHLIN, MARIE MEAGHER, MICHELLE MILANO, ANN NOCK, CARA MOGGO, CONSTANCE MODZELEWSKI, REGINA MURGOLO, RICHARD NADAN, CLAUDIA NAPOLITANO, TRACY NEENAN, SANDRA NICOLICCHIA, LINDA PATCH, FREDERICK PELCZYNSKI, MARIE PERNICIARO, TINA PETRONIO, TAMI PITRE, GALE QUAIL, TERESA QUIGLEY, DIANNE RAHNER, DAVID REED, SUSAN REMPY, MARYBETH RICCARDO, PORTIA RINDOS, CAROL ROARTY, JACQUELINE ROMERO, SHARON ROTONDO, DENISE RUGGIO, JERYL RYLL, JAGJEET SAHNI, SHIRLEY SAKKATOS, LINDA SCHILLINGER, LYNN SEGER, AGNES SERRANO-

CARINO, REGINA SERRANO, PATRICIA SERVIDIO, DORIS SIEMERLING, JEANINE SIENKIEWICZ, CAROL SOMMESE, PHYLLIS STACKPOLE, MARY STOCKERT, MARGARET STROEHLEIN, ANNE STROUD, JEANMARIE TARI, JEANNE THORNTON, BETTY TUCKER, GLORIA VARELA, KATHLEEN VAUGHAN, EILEEN VIGNOLA, MONICA VILLEGAS-ROSA, MARIE VOLCY-REGISTRE, FLORA WALSH, GINA WEBER, LINDA WEIH, CELIA WELLS, HELENA WELSH, INEZ WILLIAMS, HOLLY WILSON, CHRISTINE WISSERT, MICHELE WYROZEMSKI, TRACY YOUNG AND MAY-BRITT ZAKRY.

**THOMAS & SOLOMON LLP**

By: s/ Justin M. Cordello
Justin M. Cordello, Esq.
*Attorneys for Plaintiffs and Class Members*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
jcordello@theemploymentattorneys.com