# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

### (PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Elizabeth Adinolfi_
Signature

_Elizabeth Adinolfi   other name while employed was Elizabeth Garvey_
Print Full Legal Name

Consent to Opt-In   910001

70353

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☒ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Miladis C Baldanga_
Signature

_Miladis Cadiz Baldanga_
Print Full Legal Name

Consent to Opt-In 910001

24587

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

[✓] I am/was employed by New York Presbyterian Healthcare System.

[ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

[✓] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

[✓] I am/was employed by North Shore-Long Island Jewish Health System.

[ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

[ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

[ ] I am/was employed by Montefiore Medical Center.

[ ] I am/was employed by Mount Sinai Hospital.

[ ] I am/was employed by NYU Medical Center.

[ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

[ ] I am/was employed by Maimonides Medical Center.

[ ] I am/was employed by Bronx-Lebanon Hospital Center.

[ ] I am/was employed by Westchester Medical Center.

[ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

_____
Print Full Legal Name    SASHI · K · BANGALORE

Consent to Opt-In 910001

47512

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [x] I am/was employed by North Shore-Long Island Jewish Health System.

- [x] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Jeanette C Barth_
Signature

_Jeanette C BARTH_
Print Full Legal Name

Consent to Opt-In  910001

60764

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

## (PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

_____
Print Full Legal Name

Consent to Opt-In  910001

7865

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☒ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature

_Paula Battista_

Print Full Legal Name

Consent to Opt-In  910001

63096

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [x] I am/was employed by North Shore-Long Island Jewish Health System.

- [ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Sylvia M. Baucis_
Signature

_Sylvia Maria Baucio_
Print Full Legal Name

Consent to Opt-In 910001

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

## (PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Christine Belrose_
Signature

_Christine Marie Belrose_
Print Full Legal Name

Consent to Opt-In  910001

58176

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

### (PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☒ I am/was employed by Bronx-Lebanon Hospital Center.

☒ I am/was employed by Westchester Medical Center.

☒ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Dylawatie Bharat_
Signature

_DYLAWATIE BHARAT_
Print Full Legal Name

Consent to Opt-In  910001

45375

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☒ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_K ∩ ∧ R. N._
Signature

_KEVIN R. BLACK   Registered Nurse_
Print Full Legal Name

Consent to Opt-In 910001

67128

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐  I am/was employed by New York Presbyterian Healthcare System.

☐  I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐  I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑  I am/was employed by North Shore-Long Island Jewish Health System.

☐  I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐  I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐  I am/was employed by Montefiore Medical Center.

☐  I am/was employed by Mount Sinai Hospital.

☐  I am/was employed by NYU Medical Center.

☐  I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐  I am/was employed by Maimonides Medical Center.

☐  I am/was employed by Bronx-Lebanon Hospital Center.

☐  I am/was employed by Westchester Medical Center.

☐  I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

Patricia Pena-Blackwell
_____
Print Full Legal Name

Consent to Opt-In  910001

20583

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_AnnMarie Banushi (Gerace)_
Signature

_AnnMarie Banushi (GERACE)_
Print Full Legal Name

Consent to Opt-In  910001

50268

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

## (PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Deborah McKerell_
Signature

_Deborah Barron RN_
Print Full Legal Name

Consent to Opt-In  910001

62130

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [x] I am/was employed by North Shore-Long Island Jewish Health System.

- [ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Yana Carlson_
Signature

_YBENA CARLSON_
Print Full Legal Name

Consent to Opt-In  910001

88661

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☒ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Consuelo N Cannon
Signature

Consuelo N Cannon
Print Full Legal Name

Consent to Opt-In  910001

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☒ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Nancy Ann Germano Carbone_
Signature

NANCY ANN GERMANO CARBONE
Print Full Legal Name

Consent to Opt-In 910001

68474

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.
- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).
- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).
- [x] I am/was employed by North Shore-Long Island Jewish Health System.
- [ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.
- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).
- [ ] I am/was employed by Montefiore Medical Center.
- [ ] I am/was employed by Mount Sinai Hospital.
- [ ] I am/was employed by NYU Medical Center.
- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.
- [ ] I am/was employed by Maimonides Medical Center.
- [ ] I am/was employed by Bronx-Lebanon Hospital Center.
- [ ] I am/was employed by Westchester Medical Center.
- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Tara Caruso_
Signature

_TARA T. CARUSO_
Print Full Legal Name

Consent to Opt-In  910001

54959

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [x] I am/was employed by North Shore-Long Island Jewish Health System.   *(FRANKLIN HOSP)*

- [ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Jessica D. Catapano_
Signature

JESSICA   D.   CATAPANO
Print Full Legal Name

Consent to Opt-In  910001

84827

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

Nancy Cecere
_____
Print Full Legal Name

Consent to Opt-In  910001

53967

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [X] I am/was employed by North Shore-Long Island Jewish Health System.

- [ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Carole A. Cecchino-Geiger_
Signature

_Carole A. Cecchino-Geiger_
Print Full Legal Name

Consent to Opt-In  910001

24734

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☑ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☑ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☑ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Ccamelle Chcarles_
Signature

_Camelle Charles_
Print Full Legal Name

Consent to Opt-In  910001

70310

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.
- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).
- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).
- [x] I am/was employed by North Shore-Long Island Jewish Health System.
- [ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.
- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).
- [ ] I am/was employed by Montefiore Medical Center.
- [ ] I am/was employed by Mount Sinai Hospital.
- [ ] I am/was employed by NYU Medical Center.
- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.
- [ ] I am/was employed by Maimonides Medical Center.
- [ ] I am/was employed by Bronx-Lebanon Hospital Center.
- [ ] I am/was employed by Westchester Medical Center.
- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Donna Clarke_
Signature

_Donna M. Clarke_
Print Full Legal Name

Consent to Opt-In  910001

53969

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☑ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Virginia Conte_
Signature

_VIRGINIA CONTE_
Print Full Legal Name

Consent to Opt-In  910001

24661

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [ ] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [x] I am/was employed by North Shore-Long Island Jewish Health System.

- [x] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Nora Costigan_
Signature

_Nora Costigan_
Print Full Legal Name

Consent to Opt-In 910001

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- [ ] I am/was employed by New York Presbyterian Healthcare System.

- [x] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

- [ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

- [x] I am/was employed by North Shore-Long Island Jewish Health System.

- [x] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

- [x] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

- [ ] I am/was employed by Montefiore Medical Center.

- [ ] I am/was employed by Mount Sinai Hospital.

- [ ] I am/was employed by NYU Medical Center.

- [ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

- [ ] I am/was employed by Maimonides Medical Center.

- [ ] I am/was employed by Bronx-Lebanon Hospital Center.

- [ ] I am/was employed by Westchester Medical Center.

- [ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Anne Cottone   marder pane Anne Gittere_
Signature

_ANNE COTTONE_
Print Full Legal Name

Consent to Opt-In 910001

45005

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

- ☐ I am/was employed by New York Presbyterian Healthcare System.
- ☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).
- ☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).
- ☒ I am/was employed by North Shore-Long Island Jewish Health System.
- ☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.
- ☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).
- ☐ I am/was employed by Montefiore Medical Center.
- ☐ I am/was employed by Mount Sinai Hospital.
- ☐ I am/was employed by NYU Medical Center.
- ☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.
- ☐ I am/was employed by Maimonides Medical Center.
- ☐ I am/was employed by Bronx-Lebanon Hospital Center.
- ☐ I am/was employed by Westchester Medical Center.
- ☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Lenee J. Daly_
Signature

_Renee Daly_
Print Full Legal Name

Consent to Opt-In  910001

63593

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

## (PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☐ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☒ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☐ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Julia De Giaimo - Juhl_
Signature

_Julia DeGiaimo - Juhl_
Print Full Legal Name

Consent to Opt-In  910001

68948

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

☐ I am/was employed by New York Presbyterian Healthcare System.

☒ I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

☐ I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

☐ I am/was employed by North Shore-Long Island Jewish Health System.

☐ I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

☐ I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

☒ I am/was employed by Montefiore Medical Center.

☐ I am/was employed by Mount Sinai Hospital.

☐ I am/was employed by NYU Medical Center.

☐ I am/was employed by Memorial Sloan-Kettering Cancer Center.

☐ I am/was employed by Maimonides Medical Center.

☐ I am/was employed by Bronx-Lebanon Hospital Center.

☐ I am/was employed by Westchester Medical Center.

☐ I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Marie DeMarco_
Signature

_Marie DeMarco_
Print Full Legal Name

Consent to Opt-In  910001

16963

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s).

(PLEASE CHECK ALL THAT APPLY)

[✓] I am/was employed by New York Presbyterian Healthcare System.

[✓] I am/was employed by New York City Health and Hospitals Corporation (including Bellevue Hospital Center, Kings County Hospital Center, Jacobi Medical Center & Elmhurst Hospital Center).

[ ] I am/was employed by Continuum Health Partners (including Beth Israel Medical Center, St. Luke's Hospital & Long Island College Hospital).

[✓] I am/was employed by North Shore-Long Island Jewish Health System.

[ ] I am/was employed by Long Island Health Network and Catholic Health Services of Long Island.

[ ] I am/was employed by MediSys Health Network, Inc. (including Jamaica Hospital, Flushing Hospital & Brookdale University Hospital and Medical Center).

[ ] I am/was employed by Montefiore Medical Center.

[ ] I am/was employed by Mount Sinai Hospital.

[ ] I am/was employed by NYU Medical Center.

[ ] I am/was employed by Memorial Sloan-Kettering Cancer Center.

[ ] I am/was employed by Maimonides Medical Center.

[ ] I am/was employed by Bronx-Lebanon Hospital Center.

[ ] I am/was employed by Westchester Medical Center.

[ ] I am/was employed by Lenox Hill Hospital.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

Lisa Denise Samon Diaz
Print Full Legal Name

Consent to Opt-In  910001

4614