UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CLAUDIA DESILVA, et al.,

                *Plaintiffs,*

v.

NORTH SHORE-LONG ISLAND JEWISH HEALTH SYSTEM INC., et al.,

                *Defendants.*

Civil Action No. 10-cv-1341 (PKC)(WDW)

I hereby revoke my Consent to Become a Party Plaintiff concerning my overtime claim under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and withdraw my FLSA claim in the above-captioned action.

I understand that a statute of limitations applies to this claim and that as a result of my withdrawal, the statute of limitations, which was tolled upon filing my Consent to Become a Party Plaintiff with the Court, will begin to run again upon my withdrawal. I understand that my FLSA overtime claim may be barred by the passage of time and that it is advisable, if I intend to pursue this claim further, to contact another attorney immediately.

Dated: __1/10/14__

__*Lizmary Shah*__
Signature

__Lizmary Shah.__
Print Name